Division, Fourth Department. January 3, 1906.) Action by Glenwood Swarthout, an infant, etc., against Nettie Culver and another.

PER CURIAM. Judgment affirmed, with costs.

NASH, J., not sitting.

SWEET, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by George B. Sweet against Joseph Howell, as administrator of Sophia Howell, deceased. No opinion. Judgment and order unanimously affirmed, with costs.

In re SWEEZY. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) In the matter of the application of Frank A. Sweezy for admission to the bar.

PER CURIAM. It should be made to appear that the Nebraska court in which the applicant has practiced for three years is the highest court of law in that state.

In re SWEEZY. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) In the matter of the application of Frank A. Sweezy for admission to the bar. No opinion. Application granted.

SYRACUSE TRUST CO., Respondent, v. SYRACUSE CONST. CO., et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by the Syracuse Trust Company against the Syracuse Construction Company and others. No opinion. Judgment and order affirmed, with costs.

TALBOT, Respondent, v. LAUBHEIM et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by William H. Talbot against Max Laubheim and others. L. Zenke, for appellants. G. C. Harrison, for respondent. No opinion. Judgment and order affirmed, with costs.

TAYLOR v. BRIGGS et al. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Helen J. Taylor against Georgianna Briggs and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

TERWILLIGER, Appellant, v. STIVERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Cornelius S. Terwilliger, as administrator, etc., of Merwyn S. Terwilliger, deceased, against Lewis S. Stivers and John D. Stivers.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., dissents.

TIERSTEIN, Respondent, v. GLASSBERG, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Smauel Tierstein against Max Glassberg. No opinion. Leave to withdraw motion granted, without costs.

TIERSTEIN, Respondent, v. GLASSBERG, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Action by Samuel Tierstein against Max Glassberg. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

TIERSTEIN, Respondent v. GLASSBERG, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Samuel Tierstein against Max Glassberg. No opinion. Motion denied.

In re TIFFANY'S ESTATE. (Supreme Court, Appellate Division, First Department. January 22, 1906.) In the matter of Charles L. Tiffany, deceased. No opinion. Motion denied, with $10 costs.

TOWN OF OYSTER BAY v. JACOB et al. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by the town of Oyster Bay against William H. Jacob, impleaded, and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

TOWNSEND v. KERN et al. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Charles Townsend against Howard R. Kern and Louis C. Haughey and others. No opinion. Judgment affirmed, with costs.

TRIEST v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Hans Triest against the city of New York. No opinion. Both parties ask for a reversal of the judgment. Judgment reversed, without costs.

TRUMBULL, Appellant, v. THOMAS et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Action by Thomas D. Trumbull, Jr. against Andrew Thomas and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KELLOGG, J., not sitting.

TSCHETINIAN, Appellant, v. CITY TRUST CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by James Tschetinian against the City Trust Company of New York. No opinion. Final judgment affirmed, with costs.

TUCKER, Appellant, v. PAULSEN, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by William A. Tucker against Leonard Paulsen, Jr. P. Armitage, for appellant. W. B. Ellison, for respondent. No opinion. Judgment and order affirmed, with costs.

TUNISON, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department.